**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-6862**

———————

CHARLES M. CASSELL, III,

Plaintiff - Appellant,

versus

OFFICER SCHOBER; CORPORAL CONNELY; SERGEANT
GUESS; NURSE CASS; OFFICER BOBBY GRUBB;
OFFICER HOPPNERATH; DEPUTY ALMOND; OFFICER
HARP; OFFICER DALE HAGUE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville. Graham C. Mullen,
Senior District Judge. (5:01-cv-00153)

———————

Submitted: September 28, 2006        Decided: October 10, 2006

———————

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles M. Cassell, III, Appellant Pro Se. James Redfern Morgan,
Jr., Robert T. Numbers, II, WOMBLE, CARLYLE, SANDRIDGE & RICE,
PLLC, Winston-Salem, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Cassell appeals the district court's order granting his motion for a voluntary dismissal and dismissing with prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cassell v. Schober, No. 5:01-cv-00153 (W.D.N.C. Apr. 25, 2006). Further, we deny Cassell's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED